No. 573.   KOHLER *v.* HUMPHREY, EXECUTRIX, ET AL. November 18, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Bertrand I. Cahn* for petitioner.

Nos. 590 and 591.   F. A. GILLESPIE & SONS CO. *v.* COMMISSIONER OF INTERNAL REVENUE.   November 18, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *John E. Hughes* and *Harold E. Rorschach* for petitioner. *Acting Solicitor General Washington, Sewall Key, J. Louis Monarch* and *Hilbert P. Zarky* for respondent. *W. A. Sutherland* filed a brief, as *amicus curiae,* in support of the petition.

No. 594.   GOTWALS *v.* UNITED STATES.   November 18, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Malcolm E. Rosser* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Bazelon, Roger P. Marquis* and *Fred W. Smith* for the United States.

No. 607.   CHICAGO PNEUMATIC TOOL CO. ET AL. *v.* HUGHES TOOL CO.   November 18, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *William F. Hall, William S. Potter* and *Raymond G. Mullee* for petitioners. *George I. Haight, Robert F. Campbell* and *Arthur G. Connolly* for respondent.